UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>           Plaintiff,<br><br>    v.<br><br>WILDCATS OWNER LLC, et al.,<br><br>           Defendants. | Case No. 20-cv-08913-DMR<br><br>**ORDER AWARDING SANCTIONS** |

On February 19, 2021, the court ordered the Potter Handy law firm to pay Defendants the reasonable fees and costs they incurred in drafting a response to the court's Order to Show Cause. [Docket No. 18.] Defendants timely filed a declaration and time sheets supporting their billing rates and hours. [Docket No. 21.] Plaintiff was given the opportunity to file any objection to the rates or hours but chose not to do so. Having reviewed Defendants' billing submission and having received no objection from Plaintiff, the court now orders the Potter Handy firm to pay $1,375.00 to Defendants by no later than October 4, 2021.

**IT IS SO ORDERED.**

Dated: September 20, 2021



Donna M. Ryu
United States Magistrate Judge